IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**WESTFIELD INSURANCE COMPANY,**

  **Plaintiff,**

 v.             CIVIL NO. 1:22-CV-45
                     (KLEEH)

**R&D TRUCKING OF MORGANTOWN,
INC., PHOENIX ENERGY RESOURCES,
LLC, PHOENIX FEDERAL NO. 2 MINING,
LLC, and ERP, LLC,**

  **Defendants.**

## DISMISSAL ORDER

On this day, Plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket. All deadlines and pending motions are hereby **TERMINATED.**

The Clerk is **DIRECTED** to transmit copies of this order to counsel of record and any unrepresented parties.

DATE: August 8, 2022

                */s/ Tom S Kleeh*
                THOMAS S. KLEEH, CHIEF JUDGE
                NORTHERN DISTRICT OF WEST VIRGINIA